**Jerome A. MAHER and John R. Gravee, Plaintiffs–Appellants,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 2010–5130.**

United States Court of Appeals, Federal Circuit.

Sept. 16, 2010.

John O. Tuohy, Chicago, IL, for Plaintiffs–Appellants.

Vincent D. Phillips, Kenneth M. Dintzer, William G. Kanellis, Department of Justice, Washington, DC, for Defendant–Appellee.

## ON MOTION

### ORDER

Jerome A. Maher and John Gravee move for reconsideration of the court's order dismissing their appeal for failure to file a brief and for an extension of time, until October 1, 2010, to file their brief.

Upon consideration thereof,

It Is Ordered That:

The motions will be granted, the mandate will be recalled, the dismissal order will be vacated, and the appeal will be reinstated if the plaintiffs file their brief by October 1, 2010.